UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Judith Isaacson, as personal representative of the estate of Bliss Isaacson-Rawling, deceased v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10199-DRH |
| *Brittni May Pierce v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10328-DRH |
| *Nicole Thorstenson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10324-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
     Deputy Clerk

Digitally signed by Judge David R. Herndon
Date: 2016.03.03 13:34:08 -06'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT